**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA** RECEIVED

| | |
|---|---|
| ROMIE HARRIS, JR., AMY HARRIS, RUBY FRANCIS FOWLER, MARY LOIS GREEN, JAMES THOMAS, LULA THOMAS and JANIE BUFORD,<br>        Plaintiffs<br><br>v.<br><br>PACIFICARE LIFE AND HEALTH INSURANCE COMPANY, ROBERT D. BELL, ELIZABETH R. CLARK, WILLIE C. TILLIS, and Fictitious Defendants A through Z, those corporations, partnerships, LLC's, individuals or other entities who conduct contributed to the damages claimed herein whose names are not yet known to Plaintiffs but will be substituted by amendment when ascertained.<br>        Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

2006 OCT 20  P 3: 04

DEBRA P. HACKETT, CLK
U. S. DISTRICT COURT
MIDDLE DISTRICT ALA.

CIVIL ACTION NO. 2:06CV956-ID

**NOTICE OF REMOVAL TO THE**
**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW PacifiCare Life and Health Insurance Company (hereinafter "PacifiCare" or "Movant"), and files this Notice of Removal and would respectfully show the Court as follows:

**I.**

**PROCEDURAL BACKGROUND**

1.     Movant is a Defendant in the above-entitled action, until now pending in the Circuit Court of Bullock County, Alabama, Case No. CV-06-91, styled *"Romie*

Harris, Jr., Amy Harris, Ruby Francis Fowler, Mary Lois Green, James Thomas, Lula Thomas, and Janie Buford v. PacifiCare Life and Health Insurance Company, Robert D. Bell, Elizabeth R. Clark, Willie C. Tillis and Fictitious Defendants A through Z." Defendant PacifiCare was served with Plaintiffs' Complaint on the 22nd day of September, 2006. This Notice of Removal is filed within thirty (30) days of receipt of Plaintiffs' Complaint by PacifiCare, and within thirty (30) days of service of the Complaint on any Defendant.

II.

## FACTUAL BACKGROUND AND BASIS FOR REMOVAL

2.    In their Complaint, Plaintiffs seek to recover compensatory and punitive damages against PacifiCare and the insurance broker co-defendants for their alleged actions to contact Plaintiffs, misrepresent PacifiCare's Secure Horizons Direct "Private Fee For Service" ("PFFS") Medicare product, dis-enroll Plaintiffs from their existing Medicare coverage, redirect Medicare premiums to PacifiCare, and restrict Plaintiffs' Medicare coverage and benefits. Plaintiffs' Complaint alleges the following causes of action against PacifiCare: (1) fraud (Count I), (2) unjust enrichment (Count II), (3) negligent infliction of emotional distress (Count III), (4) wantonness (Count IV), and (5) outrage (Count V). See Plaintiffs' Complaint, pp. 3-5 (Exh. B hereto). In addition to damages, Plaintiffs seek disgorgement of premiums from PacifiCare and entry of a permanent injunction to enjoin Defendants from contacting other persons in Bullock County, Alabama. (Id. at ¶ 29).

3.    To the extent that Plaintiffs seek to recover damages from PacifiCare, Plaintiffs necessarily seek such damages as alleged enrollees in a Medicare Part C Medicare Advantage ("MA") plan offered by PacifiCare in the form of its Secure

Horizons Direct PFFS Plan (the "PFFS Plan"). Accordingly, this action may be removed to this Court by Defendant PacifiCare pursuant to 28 U.S.C. § 1441(b), because Plaintiffs' claims for relief arise under the laws of the United States, specifically the Medicare Act, 42 U.S.C. §1395w-21-w28, as amended by the Medicare Prescription Drug, Improvement, and Modernization Act of 2003 ("MMA"). Plaintiffs' state law claims all relate to standards established under the Medicare Act/MMA, and are thus superceded and preempted by the Medicare Act/MMA pursuant to 42 U.S.C. § 1395w-26(b)(3) (2006). This is true for the following separate and independent reasons.

4.    First, Plaintiffs' primary allegation is one of fraud through misrepresentation of the benefits, requirements, terms, and conditions of enrollment in PacifiCare's PFFS Plan. (Plaintiffs' Complaint at ¶¶ 15, 17, 19, 22-26, 35) (Exh. B hereto). This allegation directly implicates standards set forth under the Medicare Act/MMA for enrollment, including Pacificare's marketing efforts and materials. 42 U.S.C. § 1395w-101(b)(1)(A), (B)(vi) (2006); 42 C.F.R. § 423.50 (2005). Second, Plaintiffs complain that their benefits and coverage were reduced, medical care was denied to them under the PacifiCare PFFS plan, and that large medical bills which have not been paid by PacifiCare have resulted. (Plaintiffs' Complaint at ¶¶ 14-19) (Exh. B hereto). These allegations all relate to the extent or quality of benefits promised or received and claims paid or denied, and, therefore, Plaintiffs in effect complain of benefit or coverage determinations governed by the Medicare Act/MMA. Third, Plaintiffs' allegation of reduced benefits and denial of medical care implicates the grievance and appeals process established under the Medicare Act/MMA. 42 C.F.R. §§ 423.560, 423.566, 423.568, 423.570, 423.580-90, 423.600-04, 423.610, 423.630 (2005). Accordingly, Plaintiffs' state law claims, which all relate to PacifiCare's

marketing efforts and/or materials, the extent or quality of benefits or coverage promised or provided to Plaintiffs, and Medicare-related grievance and appeal procedures, are preempted under the Medicare Act/MMA. Accordingly, this Court has original jurisdiction pursuant to 28 U.S.C. §1331. Furthermore, this Court has supplemental or pendant jurisdiction over Plaintiffs' state law claims, if any.

### III.

### FEDERAL QUESTION JURISDICTION

5.    The Court has jurisdiction to hear this matter pursuant to 28 U.S.C. § 1331, because this case involves a federal question. Specifically, Plaintiffs' claims arise under and are completely preempted by federal law, specifically the Medicare Act/MMA. Pursuant to 28 U.S.C. § 1367(a), the Court has supplemental jurisdiction over Plaintiffs' state law claims, if any.

### IV.

### COMPLIANCE WITH PROCEDURAL REQUIREMENTS

6.    Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed within thirty (30) days after receipt by PacifiCare of a copy of the first pleading, motion, order, or other paper from which it could be ascertained that the case is one which is removable.

7.    Pursuant to 28 U.S.C. § 1446(c), PacifiCare has given written notice of filing of this Notice of Removal to Plaintiffs and has filed a copy of this Notice of Removal with the clerk of the Circuit Court of Bullock County, Alabama, as shown in the attached Exhibit "A."

8.    Pursuant to 28 U.S.C. § 1446(a), copies of all processes, pleadings, and orders filed with the state court, together with an index of such documents, are attached hereto as Exhibit "B."

9.    Defendant Willie C. Tillis consents to this removal, as shown in the Consent to Removal attached as Exhibit "C." Defendant Robert D. Bell ("Bell") has not been served. Plaintiffs' service on Defendant Elizabeth Clark ("Clark") was returned "unclaimed" and, accordingly, she has not been served. Accordingly, consent from Bell and Clark is not required for this removal.

10.    Pursuant to 28 U.S.C. § 1446(a), also attached hereto as part of Exhibit "B" is a copy of the docket sheet in the state court action.

11.    Pursuant to Order of the U.S. District Court, Middle District of Alabama, Civil Misc. No. 3047, attached hereto as Exhibit "D" is a Corporate Disclosure Statement.

12.    Trial has not commenced in the Circuit Court of Bullock County, Alabama.

## V.

## CONCLUSION

13.    Because Plaintiffs' claims, as set out in their Complaint, state a federal question, Movant desires and is entitled to remove said cause from the Circuit Court of Bullock County, Alabama to the United States District Court for the Middle District of Alabama. Movant also requests any other relief to which it is entitled.

DATED:    October 20, 2006.

Respectfully submitted,

_____
Philip H. Butler (BUT007)
George B. Harris (HAR138)
William C. McGowin (MCG040)

OF COUNSEL

Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701


Paula Denney
Texas State Bar No. 05746950
John K. Edwards
Texas State Bar No. 24002040
Cedric D. Scott
Texas State Bar No. 24013474
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Phone: 713-752-4200
Fax: 713-752-4221

ATTORNEYS FOR DEFENDANT
PACIFICARE LIFE AND HEALTH
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Notice of Removal has been furnished to all parties and counsel of record as listed below, by certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure this 20th day of October, 2006.

L. Cooper Rutland, Jr.
Rutland & Braswell, L.L.C.
208 N. Prairie Street
P.O. Box 551
Union Springs, Alabama 36089

*Attorney for Plaintiffs*

Willie C. Tillis
306 Mullins Street
Opp, Alabama 36467

_____
Of Counsel

# EXHIBIT "A"

## IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

| | | |
|---|---|---|
| ROMIE HARRIS, JR., AMY HARRIS, RUBY FRANCIS FOWLER, MARY LOIS GREEN, JAMES THOMAS, LULA THOMAS and JANIE BUFORD,<br>      Plaintiffs | §<br>§<br>§<br>§<br>§<br>§<br>§ | |
| v. | §<br>§ | Case No. CV-06-91 |
| PACIFICARE LIFE AND HEALTH INSURANCE COMPANY, ROBERT D. BELL, ELIZABETH R. CLARK, WILLIE C. TILLIS, and Fictitious Defendants A through Z, those corporations, partnerships, LLC's, individuals or other entities who conduct contributed to the damages claimed herein whose names are not yet known to Plaintiffs but will be substituted by amendment when ascertained.<br>      Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

## NOTICE OF FILING NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THIS COURT:

Please take notice that Defendant PacifiCare Life and Health Insurance Company has on this date filed a Notice of Removal of this civil action to the United States District Court for the Middle District of Alabama in the above-styled and numbered cause which was until now pending in the Circuit Court of Bullock County, Alabama, thereby removing this case to the United States District Court for the Middle District of Alabama. A true and correct copy of said Notice of Removal is attached hereto as Exhibit "A."

**NOTICE OF FILING NOTICE OF REMOVAL – Page 1**

4387762v.1

DATED:      October 20, 2006.

Respectfully submitted,

_George B. Harris_

Philip H. Butler (BUT007)
George B. Harris (HAR138)
William C. McGowin (MCG040)

OF COUNSEL

Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

Paula Denney
Texas State Bar No. 05746950
John K. Edwards
Texas State Bar No. 24002040
Cedric D. Scott
Texas State Bar No. 24013474
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Phone: 713-752-4200
Fax: 713-752-4221

ATTORNEYS FOR DEFENDANT
PACIFICARE LIFE AND HEALTH
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Notice of Filing of Notice of Removal has been furnished to all parties and counsel of record as listed below, by certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure this 20th day of October, 2006.

L. Cooper Rutland, Jr.
Rutland & Braswell, L.L.C.
208 N. Prairie Street
P.O. Box 551
Union Springs, Alabama 36089

*Attorney for Plaintiffs*

Willie C. Tillis
306 Mullins Street
Opp, Alabama 36467

Of Counsel

# EXHIBIT "B"

```
AVSO351                                              CV 2006 000091.00

                                          JUDGE: HON. BURT SMITHART
-------------------------------------------------------------------
                  ALABAMA JUDICIAL DATA CENTER
                     CASE ACTION SUMMARY
                        CIRCUIT CIVIL
-------------------------------------------------------------------
  IN THE CIRCUIT  COURT OF  BULLOCK       COUNTY
    ROMIE HARRIS ET AL. VS PACIFICARE LIFE AND HEALTHCARE INS. CO ET AL.
  FILED:  09/21/2006 TYPE: NEGLIGENCE-GENERAL   TYPE TRIAL: JURY      TRACK:

*******************************************************************
  DATE1:              CA:             CA DATE:
  DATE2:              AMT:       $.00 PAYMENT:
  DATE3:
*******************************************************************
  PLAINTIFF  001: ROMIE HARRIS JR.
                  323 S. PRAIRIE STREET      ATTORNEY: RUTLAND L COOPER JR
                                             RUT010    P. O. BOX 551
                  UNION SPRINGS, AL  36089-0000
                  PHONE: (334)000-0000             UNION SPRINGS , AL  360
  ENTERED:  09/21/2006 ISSUED:            TYPE:              (334)738-4770
  SERVED:              ANSWERED:          JUDGEMENT:
-------------------------------------------------------------------
  PLAINTIFF  002: AMY HARRIS
                  323 S. PRAIRIE STREET      ATTORNEY: RUTLAND L COOPER JR
                                             RUT010    P. O. BOX 551
                  UNION SPRINGS, AL  36089-0000
                  PHONE: (334)000-0000             UNION SPRINGS , AL  360
  ENTERED:  09/21/2006 ISSUED:            TYPE:              (334)738-4770
  SERVED:              ANSWERED:          JUDGEMENT:
-------------------------------------------------------------------
  PLAINTIFF  003: RUBY FRANCIS FOWLER
                  1731 PEACHBURG RD          ATTORNEY: RUTLAND L COOPER JR
                                             RUT010    P. O. BOX 551
                  UNION SPRINGS, AL  36089-0000
                  PHONE: (334)000-0000             UNION SPRINGS , AL  360
  ENTERED:  09/21/2006 ISSUED:            TYPE:              (334)738-4770
  SERVED:              ANSWERED:          JUDGEMENT:
-------------------------------------------------------------------
  PLAINTIFF  004: MARY LOIS GREEN
                  1731  PEACHBURG RD.        ATTORNEY: RUTLAND L COOPER JR
                                             RUT010    P. O. BOX 551
                  UNION SPRINGS, AL  36089-0000
                  PHONE: (334)000-0000             UNION SPRINGS , AL  360
  ENTERED:  09/21/2006 ISSUED:            TYPE:              (334)738-4770
  SERVED:              ANSWERED:          JUDGEMENT:
-------------------------------------------------------------------
  PLAINTIFF  005: JAMES THOMAS
                  611 4TH STREET             ATTORNEY: RUTLAND L COOPER JR
                                             RUT010    P. O. BOX 551
                  UNION SPRINGS, AL  36089-0000
                  PHONE: (334)000-0000             UNION SPRINGS , AL  360
  ENTERED:  09/21/2006 ISSUED:            TYPE:              (334)738-4770
  SERVED:              ANSWERED:          JUDGEMENT:
-------------------------------------------------------------------
  PLAINTIFF  006: LULA THOMAS
                  611 4TH STREET             ATTORNEY: RUTLAND L COOPER JR
                                             RUT010    P. O. BOX 551
                  UNION SPRINGS, AL  36089-0000
                  PHONE: (334)000-0000             UNION SPRINGS , AL  360
  ENTERED:  09/21/2006 ISSUED:            TYPE:              (334)738-4770
  SERVED:              ANSWERED:          JUDGEMENT:
-------------------------------------------------------------------
  PLAINTIFF  007: JANIE BUFORD
                  112 P AVENUE               ATTORNEY: RUTLAND L COOPER JR
                                             RUT010    P. O. BOX 551
                  UNION SPRINGS, AL  36089-0000
                  PHONE: (334)000-0000             UNION SPRINGS , AL  360
  ENTERED:  09/21/2006 ISSUED:            TYPE:              (334)738-4770
  SERVED:              ANSWERED:          JUDGEMENT:
-------------------------------------------------------------------
RAF   09/21/2006                                     CV 2006 000091.00
```

```
AVSO351                                                      CV 2006 000091.00

                                                JUDGE: HON. BURT SMITHART
---------------------------------------------------------------------------
                      ALABAMA JUDICIAL DATA CENTER
                         CASE ACTION SUMMARY
                            CIRCUIT CIVIL
---------------------------------------------------------------------------
   IN THE CIRCUIT  COURT OF  BULLOCK    COUNTY
   ROMIE HARRIS ET AL. VS PACIFICARE LIFE AND HEALTHCARE INS. CO ET AL.
   FILED:  09/21/2006 TYPE: NEGLIGENCE-GENERAL   TYPE TRIAL: JURY    TRACK:
***************************************************************************
DATE1:              CA:              CA DATE:
DATE2:              AMT:       $.00  PAYMENT:
DATE3:
***************************************************************************
DEFENDANT  001: PACIFICARE LIFE AND HEALTH INS. CO.
                C/O THE CORPORATION CO.    ATTORNEY:
                2000 INTERSTATE PK. DR.
                MONTGOMERY, AL  36109-0000
                PHONE: (334)000-0000
   ENTERED:  09/21/2006 ISSUED: 09/21/2006 TYPE:  CERTIFIED
   SERVED:    9/22/06   ANSWERED:           JUDGEMENT:
---------------------------------------------------------------------------
DEFENDANT  002: BELL ROBERT D.
                208 NORTH CLEVELAND ST    ATTORNEY:

                ALBANY, GA  31701-0000
                PHONE: (334)000-0000
   ENTERED:  09/21/2006 ISSUED: 09/21/2006 TYPE:  CERTIFIED
   SERVED:    9/25/06   ANSWERED:           JUDGEMENT:
---------------------------------------------------------------------------
DEFENDANT  003: CLARK ELIZABETH R.
                505 WISTERIA PLACE        ATTORNEY:

                BIRMINGHAM, AL  35216-0000
                PHONE: (334)000-0000
   ENTERED:  09/21/2006 ISSUED: 09/21/2006 TYPE:  CERTIFIED
   SERVED:              ANSWERED:           JUDGEMENT:
---------------------------------------------------------------------------
DEFENDANT  004: TILLIS WILLIE CLYDE
                306 MULLINS STREET        ATTORNEY:

                OPP, AL  36467-0000
                PHONE: (334)000-0000
   ENTERED:  09/21/2006 ISSUED: 09/21/2006 TYPE:  CERTIFIED
   SERVED:    9/25/06   ANSWERED:           JUDGEMENT:
---------------------------------------------------------------------------
```

| 9/21/06 | Summons + Complaint filed; forwarded to parties by CM |
| 9/25/06 | Def #1 served 9-22-06 |
| 9/27/06 | Def # 2+4 served 9-25-06 by C.M. |
| 10/2/06 | Def #3 returned - Unclaimed |

```
RAF   09/21/2006                                            CV 2006 000091.00
```

ALABAMA JUDICIAL DATA CEN. R
COURT PAYMENT SYSTEM

BULLOCK COUNTY                                    RECEIPT NUMBER: 017625
DATE OF RECEIPT: 08/21/2006   TIME: 11:27:50
RECEIPT FOR CASE: CV 2006 000091 00         BATCH: 2006080
   RECEIVED FROM: RUTLAND L COOPER JR


 ROMIE HARRIS ET AL. VS PACIFICARE LIFE AND HEALTHCARE INS. CO ET AL.

  ACCOUNTS RECEIPTED:
        CVAF                              $400.00
        CV05                              $584.00
        JCMD                              $100.00

RECEIVED BY: PAF        CHECK AMOUNT    $1,084.00

```
AVSO352                                         CASE: CV 2006 000091.00
                                                JUDGE: HON. BURT SMITHART
    ------------------------------------------------------------------------
    |                    ALABAMA JUDICIAL DATA CENTER                       |
    |                 CASE ACTION SUMMARY CONTINUATION                      |
    |                         CIRCUIT CIVIL                                 |
    ------------------------------------------------------------------------
    |  IN THE CIRCUIT  COURT OF  BULLOCK      COUNTY                        |
    |  ROMIE HARRIS ET AL. VS PACIFICARE LIFE AND HEALTHCARE INS. CO ET AL. |
    |  FILED:  09/21/2006 TYPE:  NEGLIGENCE-GENERAL   TYPE TRIAL:  JURY     TRACK:
    |***********************************************************************
    | DATE1:             CA:               CA DATE:                         |
    | DATE2:             AMT:        $.00  PAYMENT:                         |
    |***********************************************************************
    -------|-----------------------------------------------------------------
    -------|-----------------------------------------------------------------
    -------|-----------------------------------------------------------------
    -------|-----------------------------------------------------------------
    -------|-----------------------------------------------------------------
    -------|-----------------------------------------------------------------
    -------|-----------------------------------------------------------------
    -------|-----------------------------------------------------------------
    -------|-----------------------------------------------------------------
    -------|-----------------------------------------------------------------
    -------|-----------------------------------------------------------------
    -------|-----------------------------------------------------------------
    -------|-----------------------------------------------------------------
    -------|-----------------------------------------------------------------
    -------|-----------------------------------------------------------------
    -------|-----------------------------------------------------------------
    -------|-----------------------------------------------------------------
    -------|-----------------------------------------------------------------
    -------|-----------------------------------------------------------------
    -------|-----------------------------------------------------------------
    -------|-----------------------------------------------------------------
    -------|-----------------------------------------------------------------
    -------|-----------------------------------------------------------------
    -------|-----------------------------------------------------------------
    -------|-----------------------------------------------------------------
    -------|-----------------------------------------------------------------
    -------|-----------------------------------------------------------------
    -------|-----------------------------------------------------------------
    -------|-----------------------------------------------------------------
    -------|-----------------------------------------------------------------
RAF    09/21/2006
```

```
AVSO353                    ALABAMA JUDICIAL DATA CENTER
                                   FEE SHEET
                                CIRCUIT CIVIL              CASE:CV 2006 000091.00
```

| IN THE CIRCUIT COURT OF BULLOCK COUNTY JUDGE: HON. BURT SMITHART |
|---|

```
ROMIE HARRIS ET AL. VS PACIFICARE LIFE AND HEALTHCARE INS. CO ET AL.
    PATTY:RUTLAND L COOPER JR          DATTY:
          P. O. BOX 551

          UNION SPRINGS , AL  36089
```

| CIVIL FEE SUMMARY | DATE | DATE | DATE | DATE | CONTINUATION | DATE | DATE | DATE | DATE |
|---|---|---|---|---|---|---|---|---|---|
| | AMT | AMT | AMT | AMT | | AMT | AMT | AMT | AMT |
| DOCKET FILING FEE | | | | | | | | | |
| SM(<)      $62.00 | | | | | OTHER SERVICES | | | | |
| SM(>)     $136.00 | | | | | COMMISSION ON SALE | | | | |
| DIST      $227.00 | | | | | JUDGEMENTS | | | | |
| CIRC      $226.00 | | | | | POST JUDGEMENT FEE | | | | |
| JU/CS     $119.00 | | | | | ATTACHMENTS | | | | |
| LAW LIBRARY TAX | 2.00 | | | | GARNISHMENTS | | | | |
| JURY DEMAND | | | | | EXECUTION | | | | |
| SERVICE FEES | | | | | APPEAL COSTS | | | | |
| EACH DEF OVER | | | | | LOWER COURT COSTS | | | | |
| | | | | | OTHER | | | | |
| CERT MAIL | | | | | COURT ADM FUND | | | | |
| SUBPOENA EACH | | | | | FAMILY COURT | | | | |
| ABND VEH   $37.00 | | | | | SHERIFF'S FEE | | | | |
| WORKERS | | | | | | | | | |
| COMP      $174.00 | | | | | TOTAL COSTS | | | | |

| CASH RECEIPTS/FROM | DATE RECEIVED | RECEIPT NUMBER | AMOUNT RECEIVED | GARNISHEE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| DISBURSEMENTS PAID TO | DATE PAID | CHECK NO | AMOUNT PAID |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

```
RAF   09/21/2006
```

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93    Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT – CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>`c` `v` `2006` `M` `06` -<br>Date of Filing:    Judge Code:<br>`0` `9`  `21`  `2` `0` `0` `6`<br>Month    Day    Year |
|---|---|---|

### GENERAL INFORMATION

**IN THE CIRCUIT COURT OF** _____ **BULLOCK** _____ **, ALABAMA**
*(Name of County)*

Romie Harris, Jr., et al.                     v.    Pacificare Life and Health Ins. Co., et al.
_____**Plaintiff**_____                          _____**Defendant**_____

**First Plaintiff**  ☐ Business  ☑ Individual          **First Defendant**  ☑ Business  ☐ Individual
☐ Government  ☐ Other                          ☐ Government  ☐ Other

---

**NATURE OF SUIT:**  Select primary cause of action, by checking box (check only one) the best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☑ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☑ TBFM - Fraud/Bad Faith/Misrepresentation
- ☑ TOXX - Other: _Outrage_

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction<br>Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

---

**ORIGIN** *(check one):*    F ☑ INITIAL FILING        A ☐ APPEAL FROM        O ☐ OTHER:
                                                    DISTRICT COURT        _____
                              R ☐ REMANDED        T ☐ TRANSFERRED FROM
                                                    OTHER CIRCUIT COURT

---

**HAS JURY TRIAL BEEN DEMANDED?**    ☑ YES ☐ NO        **Note:** Checking "Yes" does not constitute a demand for a<br>jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

---

**RELIEF REQUESTED:**    ☑ MONETARY AWARD REQUESTED        ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
`R` `U` `T` `0` `1` `0`        September 21, 2006                     _(signature)_
                              Date                          Signature of Attorney/Party filing this form

---

**MEDIATION REQUESTED:**    ☐ YES  ☑ NO  ☐ UNDECIDED



Wilbert Jernigan
Clerk & Register
Bullock County
Post Office Box 230
Union Springs, Alabama 3608₁

RETRUN RECEIPT REQUESTED

CERTIFIED MAIL™

7004 0890 0000 1192 3057

Elizabeth R. Clark
505 Wisteria Place
Birmingham, Alabama 35216

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent<br>☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Elizabeth R. Clark<br>505 Wisteria Place<br>Birmingham, Alabama 35216 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>CV-06-91<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2890 0000 1192 3057 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

CY-06-108

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Claude Delbridge
500 Eastdale Rd #E9
Montgomery, AL 36117

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                                □ Agent
                                 □ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   □ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)        □ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

Circuit Court
P.O. Box 230
Union Springs, AL 36089

36117*2020-59  C00S

Claude Delbridge
500 Eastdale Rd #E9
Montgomery, AL 36117

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7006 0810 0001 8376 0708

★ ★ ★
1 8 3
0 4 4 0 ℔ 08.340
7 6 5 9        BIRMINGHAM AL

UNITED STATES POSTAL
PB85797 69
06 SEP 06
35203

RETURN TO SENDER
UNCLAIMED

STATEMENT OF CLAIM

# IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

Plaintiff:    **State Farm Bank**                 Defendant:    **Claude Delbridge**                CV08
                                                                500 Eastdale Rd #E9                ALIAS
                                                                Montgomery, Alabama 7            **FILED IN OFFICE**
                                                                SS# xxx-xx-9318

**PLAINTIFF'S ATTORNEY:**

            Halcomb & Wertheim, P.C.                          SEP 0 8 2006
            2101 6th Avenue North, Suite 1150
            P.O. Box 12005                                    CLERK-REGIS
            Birmingham, AL. 35202-2005

---

### SUMMONS

TO ANY SHERIFF OR PERSON AUTHORIZED BY RULE 4.1(b)(1) OR (b)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE
TO EFFECT SERVICE IN THE STATE OF ALABAMA:
            You are hereby commanded to serve this summons and statement of claim upon the defendant(s) named in this action
            and to make proper return to this Court.
RETURN OF SERVICE: I received this summons and complaint on ___/___/___ and served Defendant _____ by delivering
a copy of the summons and complaint to him/her. Comments/Notes: _____

            Date Served: _____          Process Server: _____

---

### NOTICE TO DEFENDANT

            THIS COMPLAINT IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU
MUST MAIL OR HAND-DELIVER A COPY OF A WRITTEN ANSWER EITHER ADMITTING OR DENYING EACH ALLEGATION
IN THE COMPLAINT *TO THE PLAINTIFF'S ATTORNEY WHOSE ADDRESS IS LISTED ABOVE.* YOU MUST ANSWER THIS
COMPLAINT WITHIN **30 DAYS** AFTER YOU RECEIVE THESE PAPERS OR A JUDGMENT MAY BE ENTERED BY DEFAULT
FOR THE AMOUNT SUED FOR. FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THE COURT.

---

### COMPLAINT

Count 1

            Plaintiff **State Farm Bank** claims defendant **Claude Delbridge** owes the Plaintiff the sum of **$20,056.49 due by Breach of
Contract,** or in the alternative, **Open Account,** plus interest calculated from **December 21, 2005** at the contract rate of **8.740%** through
entry of judgment, plus a reasonable attorney's fee in the amount of **$.00** pursuant to the contract made the basis of this action, less
remittitur of **$.00** for a total judgment of **$20,056.49** plus interest, less remittitur for any payments made after **August 25, 2006.**

            Plaintiff also claims from each defendant court costs in the sum of **$233.92.** NOTE: The total amount of court costs may be more
than this amount when the case is finally settled. The Clerk will inform you of any additional costs at the close of the case.

---

Clerk:        Wilbert M. Jernigan/RMF
Address:      Circuit Court                                   W. McCollum Halcomb (HAL030)
              Post Office Box 230                             Jeffrey H. Wertheim (WER007)
              Union Springs, AL 36089                         India A. Ramey (SMI246)
              334-738-2280                                    Plaintiff's Attorneys
                        **Serve by Certified Mail pursuant to Rule 4.1(c) ARCP**        205-251-0007
                        File No: 06-10136-0

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Willie Clyde Tillis
306 Mullins Street
Opp, Alabama 36467

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Willie Tillis_    ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
_9-2_    _4 6_

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

CV-06-91

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7004 2890 0000 1192 3064

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE



Fi        ass Mail
Po    ge & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Wilbert Jernigan
Bullock County Circuit Clerk
Post Office Box 230
Union Springs, Alabama 36089

B002

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert D. Bell
208 North Cleveland Street
Albany, Georgia 31701

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Tommy Bell*   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
*Tommy Bell*   9-25-06

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

CV-06-91

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

   7004 2890 0000 1192 3040

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

UNITED STATES POSTAL SERVICE



Fi____ass Mail
Pos___ge & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Wilbert Jernigan
Bullock County Circuit Clerk
Post Office Box 230
Union Springs, Alabama 36089

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items   , and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X *R. Brown*    ☐ Agent   ☐ Addressee <br> B. Received by ( *Printed Name* )    C. Date of Delivery *9/22/06* |
| 1. Article Addressed to: <br><br> Pacificare Life and Health Insurance Co. <br> c/o The Corporation Company <br> 2000 Interstate Park Dr. Suite 204 <br> Montgomery, Alabama 36109 | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No <br><br> *CV-06-91* |
|  | 3. Service Type <br> ☐ Certified Mail   ☐ Express Mail <br> ☐ Registered   ☐ Return Receipt for Merchandise <br> ☐ Insured Mail   ☐ C.O.D. |
|  | 4. Restricted Delivery? ( *Extra Fee* )    ☐ Yes |
| 2. Article Number <br> ( *Transfer from service lab* ) | 7004 2890 0000 1192 3033 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540



United States Postal Service
MONT GOMERY AL 361
22 SEP 2006  PM 3 L

United Way

• Sender: Please print your name, address, and ZIP+4 in this box •

Wilbert Jernigan
Bullock County Circuit Clerk
Post Office Box 230
Union Springs, Alabama 36089

B002

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

**FILED IN OFFICE**

SEP 2 1 2006

CLERK-REGISTER, BULLOCK CO., ALA.

| | | |
|---|---|---|
| ROMIE HARRIS, JR., AMY HARRIS, RUBY FRANCIS FOWLER, MARY LOIS GREEN, JAMES THOMAS, LULA THOMAS and JANIE BUFORD, | ) ) ) ) ) | |
| Plaintiffs. | ) ) ) | |
| vs. | ) ) | CASE NO. CV-06- 91 |
| PACIFICARE LIFE AND HEALTH INSURANCE COMPANY, ROBERT D. BELL, ELIZABETH R. CLARK, WILLIE C. TILLIS and Fictitious Defendants A through Z, those corporations, partnerships, LLC's, individuals or other entities whose conduct contributed to the damages claimed herein whose names are not yet known to Plaintiffs but will be substituted by amendment when ascertained. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | | |

## **COMPLAINT**

### **Parties**

1. Plaintiff Romie and Amy Harris are adult resident citizens of Bullock County, Alabama whose address us 323 South Prairie Street, Union Springs, Alabama 36089.

2. Plaintiff Ruby Francis Fowler is an adult resident citizen of Bullock County, Alabama whose address is 1731 Peachburg Road, Union Springs, Alabama 36089.

3. Plaintiff Mary Lois Green is an adult resident citizen of Bullock County, Alabama whose address is 1731 Peachburg Road, Union Springs, Alabama 36089.

4. Plaintiffs James and Lula Thomas are adult resident citizens of Bullock County, Alabama whose address is 611 4th Street, Union Springs, Alabama 36089.

5. Plaintiff Janie Buford is an adult resident citizen of Bullock County, Alabama whose address is 112 P Avenue, Union Springs, Alabama 36089.

1

6. Defendant Pacificare Life and Health Insurance Company, hereinafter referred to as "Pacificare", is an Indiana corporation doing business by agent in Bullock County, Alabama whose principal address is 3100 Lake Center Drive, Santa Ana, California 92704 and whose agent for service of process is The Corporation Company 2000 Interstate Park Drive Suite 204, Montgomery, Alabama 36109.

7. Defendant Robert D. Bell is an adult resident citizen of the State of Georgia whose address is 508 North Cleveland Street, Albany Georgia 31701 who at all times relevant hereto was acting as an agent for Defendant, Pacificare, within the line and scope of his employment.

8. Defendant Elizabeth R. Clark is an adult  resident citizen of Birmingham, Alabama whose address is 505 Wisteria Place, Birmingham, Alabama 35216 who at all times relevant hereto was acting as an agent for Defendant, Pacificare, within the line and scope of her employment.

9. Defendant Willie Clyde Tillis is an adult resident citizen of Opp, Alabama, whose address is 306 Mullins Street, Opp, Alabama 36467 who at all times relevant hereto was acting as an agent for Defendant, Pacificare, within the line and scope of his employment.

10. Fictitious Defendants A through Z are those corporations, partnerships, LLC's, individuals or other entities whose conduct contributed to the damages claimed herein whose names are not yet known to Plaintiff but will be substituted by amendment when ascertained.

11. Plaintiff brings these claims under applicable Alabama State law and makes no claims involving Federal jurisdiction or which might raise a Federal question.

12. Plaintiffs' claims are made in the alternative as provided by *Alabama Rules of Civil Procedure.*

### Facts

13. All Plaintiffs were at some point, in early 2006, enrolled in a program called Secure Horizons Direct which is described by Defendants as a "Private Fee for Service Health Plan".

14. All Defendants acted in concert with one another in an effort to contact all Medicare recipients  in Bullock County, Alabama including Plaintiffs.

15. Defendants misrepresented to Plaintiffs that they were required to enroll with Secure Horizons Direct under the federal government's new prescription drug program.

16. Defendants and their agents, servants and employees lied to Plaintiffs and misrepresented the fact that what Defendants were actually doing was dis-enrolling Plaintiffs

2

from their Medicare coverage and enrolling them in Pacificare's Secure Horizons Direct Healthcare Program.

17.  All Plaintiffs' benefits and healthcare coverage through Medicare was drastically restricted.  In most cases medical care which Plaintiffs had been receiving for years was summarily denied by Pacificare.

18.  Plaintiffs suffered physical and mental injury and distress when they could no longer receive vital healthcare from their longtime physicians and other healthcare specialists.

19.  Plaintiffs went without necessary prescription drugs and home healthcare equipment that had previously been covered by Medicare.

20.  Plaintiffs amassed large medical bills which they cannot afford to pay without their Medicare coverage which was redirected to Pacificare through Defendants' fraudulent conduct.

21.  As a direct result of all Defendants' conduct Plaintiffs were injured and damages as aforesaid .  Plaintiffs have suffered severe mental anguish and emotional distress and continue to suffer now and in the future.  Their health has been compromised from a lack of care due to non-coverage by Defendants of claims that had heretofore been covered by Medicare.

## COUNT I
### Fraud

22.  Plaintiffs reallege all paragraphs of the complaint as if fully set forth herein.

23.  Defendants misrepresented themselves as signing up people for the government's new prescription drug program.

24. Defendants' misrepresentations were mistaken, negligent, wanton and /or intentional.

25.  Defendants' misrepresentations were material and Plaintiffs relied on those misrepresentations in signing up for Defendants' prescription drug program.

26.  As a proximate result Plaintiffs were damages as aforesaid.

WHEREFORE, Plaintiff demands judgment of all Defendants in such amounts of compensatory and punitive damages as a jury deems appropriate, plus costs.

## COUNT II
### Unjust Enrichment

27.  Plaintiffs reallege all paragraphs of the complaint as if fully set forth herein.

28.  By fraudulently diverting Plaintiffs Medicare premiums to Defendants's Secure Horizons Direct Healthcare Program Defendants were unjustly enriched.

29.  Plaintiffs seek disgorgement of all premiums paid by Plaintiffs and a permanent injunction against Defendant baring them from contacting others in Bullock County, plus costs.

## COUNT III
## Negligent Infliction of Emotional Distress

30.  Plaintiffs reallege all paragraphs of the complaint as if fully set forth herein.

31.  Defendants owed a duty to Plaintiffs to avoid placing Plaintiffs in a position where their healthcare needs would be compromised.

32.  Defendants failed to protect Plaintiffs' healthcare by fraudulently changing Plaintiffs coverage to an inferior more expensive plan known as Secure Horizons Direct.

33.  As a proximate result Plaintiffs were damaged as aforesaid.

WHEREFORE, Plaintiffs demand judgment against all Defendants in such amounts of compensatory damages as a jury deems appropriate, plus costs.

## COUNT IV
## Wantonness

34.  Plaintiffs reallege all paragraphs of the complaint as if fully set forth herein.

35.  Defendants' conduct was a calculated pattern of lies and misrepresentations designed to exploit the old and infirm for profit.

36.  Defendants' conduct represents a practice by all Defendants that was intentional, reckless, wanton and willful.

37.  As a proximate result Plaintiffs were injured and damages as aforesaid.

WHEREFORE, Plaintiffs demand judgment against all Defendants in such amounts of compensatory and punitive damages as a jury deems appropriate, plus costs.

## COUNT V
## Outrage

38.  Plaintiffs reallege all paragraphs of the complaint as if fully set forth herein.

39. Defendants fraudulent conduct perpetrated against the elderly, crippled, sick, invalid, infirm and most vulnerable members of our society is a new low for the insurance industry.

40. This conduct is so reprehensible as to shock the conscience of any reasonable citizen of the State of Alabama.

41. As a proximate result of Defendants' outrageous conduct Plaintiffs were damages as previously aforesaid.

WHEREFORE, Plaintiffs demand judgment of all Defendants in such amounts of compensatory and punitive damages as a jury deems reasonable, plus costs.

_____
L. Cooper Rutland, Jr. (RUT010)
Attorney for Plaintiffs

OF COUNSEL:

***RUTLAND & BRASWELL, L.L.C.***
208 N. Prairie Street
Post Office Box 551
Union Springs, Alabama 36089
Telephone (334) 738-4770
Fax   (334) 738-4774

## JURY DEMAND

**PLAINTIFFS DEMAND A TRIAL BY STRUCK JURY ON ALL COUNTS OF THE COMPLAINT.**

_____
Of Counsel

5

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

| | | |
|---|---|---|
| ROMIE HARRIS, JR., AMY HARRIS, | ) | **FILED IN OFFICE** |
| RUBY FRANCIS FOWLER, MARY | ) | |
| LOIS GREEN, JAMES THOMAS, | ) | **SEP 2 1 2006** |
| LULA THOMAS and JANIE BUFORD, | ) | |
| | ) | |
| Plaintiffs. | ) | **CLERK-REGISTER, BULLOCK CO., ALA.** |
| | ) | |
| vs. | ) | CASE NO. CV-06 _91_ |
| | ) | |
| PACIFICARE LIFE AND HEALTH | ) | |
| INSURANCE COMPANY, et al., | ) | |
| Defendants. | | |

CIVIL SUMMONS

NOTICE TO:    Pacificare Life and Health Insurance Company
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama 36109

The Complaint which is attached to this Summons is important and you must take immediate action to protect your rights. You or your attorney are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to the Plaintiff's Attorney:

L. Cooper Rutland, Jr.
Rutland & Braswell, L.L.C.
Post Office Box 551
Union Springs, Alabama  36089
334-738-4770

The Answer must be mailed or delivered within 30 days after this Summons and Complaint were delivered to you or a Judgment by Default may be entered against you for the money or other things demanded in this Complaint. You must also file the original of your Answer with the Clerk of this Court.

THE SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF L. COOPER RUTLAND, JR. PURSUANT TO RULE 4.1(c) OF THE ALABAMA RULES OF CIVIL PROCEDURE.

_9/21/06_
Date

_Wilbert M. Jernigan_ by RMF
Circuit Clerk

SERVICE BY CERTIFIED MAIL IS HEREBY REQUESTED

_9-20-06_
Date

_L. Cooper Rutland, Jr._

CIVIL ACTION NO. CV 2001-_____

RETURN OF SERVICE:

CERIFIED MAIL RETURN RECEIPT RECEIVED IN THIS OFFICE ON (DATE)_____.
(Return receipt hereto attached).

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

| | |
|---|---|
| ROMIE HARRIS, JR., AMY HARRIS, RUBY FRANCIS FOWLER, MARY LOIS GREEN, JAMES THOMAS, LULA THOMAS and JANIE BUFORD,<br><br>Plaintiffs.<br><br>vs.<br><br>PACIFICARE LIFE AND HEALTH INSURANCE COMPANY, et al.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FILED IN OFFICE**

SEP 2 1 2006

CLERK-~~CLINTON~~, ~~BULLOCK~~ CO., ALA.

CASE NO. CV-06_91_

CIVIL SUMMONS

NOTICE TO:    Robert D. Bell
508 North Cleveland Street
Albany Georgia 31701

The Complaint which is attached to this Summons is important and you must take immediate action to protect your rights. You or your attorney are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to the Plaintiff's Attorney:

L. Cooper Rutland, Jr.
Rutland & Braswell, L.L.C.
Post Office Box 551
Union Springs, Alabama 36089
334-738-4770

The Answer must be mailed or delivered within 30 days after this Summons and Complaint were delivered to you or a Judgment by Default may be entered against you for the money or other things demanded in this Complaint. You must also file the original of your Answer with the Clerk of this Court.

THE SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF L. COOPER RUTLAND, JR. PURSUANT TO RULE 4.1(c) OF THE ALABAMA RULES OF CIVIL PROCEDURE.

_9-21-06_
Date

_Wilbert M. Jernigan_ by RMF
Circuit Clerk

SERVICE BY CERTIFIED MAIL IS HEREBY REQUESTED.
_9-20-06_
Date

_L. Cooper Rutland, Jr._
L. Cooper Rutland, Jr.

CIVIL ACTION NO. CV 2001-_____

RETURN OF SERVICE:

CERIFIED MAIL RETURN RECEIPT RECEIVED IN THIS OFFICE ON (DATE)_____.
(Return receipt hereto attached).

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

**FILED IN OFFICE**

| | |
|---|---|
| ROMIE HARRIS, JR., AMY HARRIS, RUBY FRANCIS FOWLER, MARY LOIS GREEN, JAMES THOMAS, LULA THOMAS and JANIE BUFORD, | ) ) ) ) ) |
| Plaintiffs. | ) ) |
| vs. | ) ) ) |
| PACIFICARE LIFE AND HEALTH INSURANCE COMPANY, et al., Defendants. | ) ) ) |

SEP 21 2006

CLERK-REGISTER, BULLOCK CO., ALA.

CASE NO. CV-06 _91_

CIVIL SUMMONS

NOTICE TO:   Elizabeth R. Clark
505 Wisteria Place
Birmingham, Alabama 35216

The Complaint which is attached to this Summons is important and you must take immediate action to protect your rights. You or your attorney are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to the Plaintiff's Attorney:

L. Cooper Rutland, Jr.
Rutland & Braswell, L.L.C.
Post Office Box 551
Union Springs, Alabama 36089
334-738-4770

The Answer must be mailed or delivered within 30 days after this Summons and Complaint were delivered to you or a Judgment by Default may be entered against you for the money or other things demanded in this Complaint. You must also file the original of your Answer with the Clerk of this Court.

THE SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF L. COOPER RUTLAND, JR. PURSUANT TO RULE 4.1(c) OF THE ALABAMA RULES OF CIVIL PROCEDURE.

___9/21/06___
Date

_Wilbert M Gernigan_ by RMF
Circuit Clerk

SERVICE BY CERTIFIED MAIL IS HEREBY REQUESTED.

_9-20-06_
Date

_L. Cooper Rutland, Jr._

CIVIL ACTION NO. CV 2001-_____

RETURN OF SERVICE:

CERIFIED MAIL RETURN RECEIPT RECEIVED IN THIS OFFICE ON (DATE)_____.
(Return receipt hereto attached).

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

**FILED IN OFFICE**

| | |
|---|---|
| ROMIE HARRIS, JR., AMY HARRIS,<br>RUBY FRANCIS FOWLER, MARY<br>LOIS GREEN, JAMES THOMAS,<br>LULA THOMAS and JANIE BUFORD,<br><br>    Plaintiffs.<br><br>vs.<br><br>PACIFICARE LIFE AND HEALTH<br>INSURANCE COMPANY, et al.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

SEP 2 1 2006

CLERK-REGISTER, Bullock Co., ALA.

CASE NO. CV-06 91

CIVIL SUMMONS

NOTICE TO:    Willie Clyde Tillis
              306 Mullins Street
              Opp, Alabama 36467

    The Complaint which is attached to this Summons is important and you must take immediate action to protect your rights. You or your attorney are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to the Plaintiff's Attorney:

L. Cooper Rutland, Jr.
Rutland & Braswell, L.L.C.
Post Office Box 551
Union Springs, Alabama 36089
334-738-4770

    The Answer must be mailed or delivered within 30 days after this Summons and Complaint were delivered to you or a Judgment by Default may be entered against you for the money or other things demanded in this Complaint. You must also file the original of your Answer with the Clerk of this Court.

THE SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF L. COOPER RUTLAND, JR. PURSUANT TO RULE 4.1(c) OF THE ALABAMA RULES OF CIVIL PROCEDURE.

9/21/06
Date

Wilbert M. Gernigan by RMF
Circuit Clerk

SERVICE BY CERTIFIED MAIL IS HEREBY REQUESTED.

9-20-06
Date

L. Cooper Rutland, Jr.

CIVIL ACTION NO. CV 2001-_____

RETURN OF SERVICE:

CERIFIED MAIL RETURN RECEIPT RECEIVED IN THIS OFFICE ON (DATE)_____.
(Return receipt hereto attached).

# EXHIBIT "C"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ROMIE HARRIS, JR., AMY HARRIS, RUBY FRANCIS FOWLER, MARY LOIS GREEN, JAMES THOMAS, LULA THOMAS and JANIE BUFORD, <br>         Plaintiffs <br><br> v. <br><br> PACIFICARE LIFE AND HEALTH INSURANCE COMPANY, ROBERT D. BELL, ELIZABETH R. CLARK, WILLIE C. TILLIS, and Fictitious Defendants A through Z, those corporations, partnerships, LLC's, individuals or other entities who conduct contributed to the damages claimed herein whose names are not yet known to Plaintiffs but will be substituted by amendment when ascertained. <br>         Defendants | § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. _____ |

**NOTICE OF CONSENT TO REMOVAL BY DEFENDANT WILLIE C. TILLIS**

COMES NOW Defendant Willie C. Tillis, and reserving all rights to respond to this lawsuit, consents to the removal of this action from the Circuit Court of Bullock County, Alabama, to the United States District Court for the Middle District of Alabama.

Dated this _20_ day of October, 2006.

Respectfully submitted,

*WILLIE C. TILLIS*

*Willie C. Tillis*

NOTICE OF CONSENT TO REMOVAL – Sole Page
4397993v.1 122813/00137