# EXHIBIT "D"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 OCT 20 P 3:04

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ROMIE HARRIS, JR., AMY HARRIS, RUBY FRANCIS FOWLER, MARY LOIS GREEN, JAMES THOMAS, LULA THOMAS and JANIE BUFORD,<br><br>Plaintiffs<br><br>v.<br><br>PACIFICARE LIFE AND HEALTH INSURANCE COMPANY, ROBERT D. BELL, ELIZABETH R. CLARK, WILLIE C. TILLIS, and Fictitious Defendants A through Z, those corporations, partnerships, LLC's, individuals or other entities who conduct contributed to the damages claimed herein whose names are not yet known to Plaintiffs but will be substituted by amendment when ascertained.<br>Defendants | CIVIL ACTION NO. _____ |

## DEFENDANT PACIFICARE LIFE & HEALTH INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant PacifiCare Life & Health Insurance Company, through counsel, and submits the following Corporate Disclosure Statement in accordance with Order of the U.S. District Court, Middle District of Alabama, Civil Misc. No. 3047:

Defendant PacifiCare Life & Health Insurance Company is a corporation wholly owned by PacifiCare Health Plan Administrators, Inc. which is in turn wholly owned by PacifiCare Health Systems, LLC, which is in turn wholly owned by UnitedHealth Group Incorporated, a publicly traded entity.

Dated this 20th day of October, 2006.

1

4402609v.1

Respectfully submitted,

*[signature]*

Philip H. Butler (BUT007)
George B. Harris (HAR138)
William C. McGowin (MCG040)

OF COUNSEL

Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701


Paula Denney
Texas State Bar No. 05746950
John K. Edwards
Texas State Bar No. 24002040
Cedric D. Scott
Texas State Bar No. 24013474
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Phone: 713-752-4200
Fax: 713-752-4221

ATTORNEYS FOR DEFENDANT
PACIFICARE LIFE AND HEALTH INSURANCE
COMPANY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Corporate Disclosure Statement has been furnished to all parties and counsel of record as listed below, by certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure this 20th day of October, 2006.

L. Cooper Rutland, Jr.
Rutland & Braswell, L.L.C.
208 N. Prairie Street
P.O. Box 551
Union Springs, Alabama 36089

*Attorney for Plaintiffs*

Willie C. Tillis
306 Mullins Street
Opp, Alabama 36467

_____
Of Counsel