UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROMIE HARRIS, JR., AMY HARRIS RUBY FRANCIS FOWLER, MARY LOIS GREEN, JAMES THOMAS, LULA THOMAS and JANIE BUFORD,<br><br>    Plaintiffs,<br><br>vs.<br><br>PACIFICARE LIFE AND HEALTH INSURANCE COMPANY, ROBERT D. BELL, ELIZABETH R. CLARK, WILLIE C. TILLIS and Fictitious Defendants A through Z, those corporations, partnerships, LLC's, individuals or other entities whose conduct contributed to the damages claimed herein whose names are not yet know to Plaintiffs but will be substituted by amendment when ascertained.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:06-cv-00956-ID-DRB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

**COMES NOW** J. Matthew Stephens and files this Notice of Appearance as additional counsel on behalf of the Plaintiffs.

Respectfully submitted,

*/s/ J. Matthew Stephens*
Robert G. Methvin, Jr. (ASB-6206-V68R)
J. Matthew Stephens (ASB-3788-E66S)
Rodney E. Miller (ASB-0130-R73M)

**OF COUNSEL:**

**MCCALLUM, METHVIN & TERRELL, P.C.**
2201 Arlington Avenue South
Birmingham, AL 35205
Telephone: (205) 939-0199
Facsimile: (205) 939-0399

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above and foregoing pleading by placing a copy of same in the United States Mail, properly addressed and first class postage prepaid, to all counsel of record in this cause, on this the 13th of November, 2006, as follows:

George B. Harris
Bradley Arant Roase & White, LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Paula Denney
John K. Edwards
Cedric D. Scott
JACKSON WALKER, LLP
1401 McKinney, Suite 1900
Houston, Texas 77010

Cooper Rutland, Jr.
Rutland & Braswell, L.L.C
208 N. Prairie Street
P.O. Box 551
Union Springs, Alabama 36089

Willie C. Tillis
306 Mullins Street
Opp, Alabama 36467

                                              */s/ J. Matthew Stephens*
                                              OF COUNSEL