# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROMIE HARRIS, JR., AMY HARRIS** | ) |
| **RUBY FRANCIS FOWLER, MARY** | ) |
| **LOIS GREEN, JAMES THOMAS,** | ) |
| **LULA THOMAS and JANIE BUFORD,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **vs.** | ) **Civil Action No. 2:06-cv-00956-ID-DRB** |
| | ) |
| | ) |
| **PACIFICARE LIFE AND HEALTH** | ) |
| **INSURANCE COMPANY, ROBERT** | ) |
| **D.  BELL, ELIZABETH R.  CLARK,** | ) |
| **WILLIE C.  TILLIS and Fictitious** | ) |
| **Defendants A through Z, those** | ) |
| **corporations, partnerships, LLC's,** | ) |
| **individuals or other entities whose conduct** | ) |
| **contributed to the damages claimed herein** | ) |
| **whose names are not yet know to Plaintiffs** | ) |
| **but will be substituted by amendment** | ) |
| **when ascertained.** | ) |
| | ) |
| **Defendants.** | ) |

---

## NOTICE OF APPEARANCE

---

      **COMES NOW** Robert G.  Methvin, Jr. and files this Notice of Appearance as additional counsel on behalf of the Plaintiffs.

                                      Respectfully submitted,

                                    */s/ Robert G.  Methvin, Jr.*
                                    Robert G.  Methvin, Jr. (ASB-6206-V68R)
                                    J.  Matthew Stephens (ASB-3788-E66S)
                                    Rodney E.  Miller  (ASB-0130-R73M)

**OF COUNSEL:**

**MᴄCᴀʟʟᴜᴍ, Mᴇᴛʜᴠɪɴ & Tᴇʀʀᴇʟʟ, P.C.**
2201 Arlington Avenue South
Birmingham, AL 35205
Telephone:    (205) 939-0199
Facsimile:    (205) 939-0399

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2006, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

George B.  Harris
Bradley Arant Rose & White, LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Cooper Rutland, Jr.
Rutland & Braswell, L.L.C
208 N.  Prairie Street
P.O. Box 551
Union Springs, Alabama 36089

I hereby certify that I have mailed the document by United States Postal Service to the

following non-CM/ECF participants:

Paula Denney
John K.  Edwards
Cedric D. Scott
Jackson Walker, LLP
1401 McKinney, Suite 1900
Houston, TX 77010

Willie C.  Tillis
306 Mullins Street
Opp, Alabama 36467

*/s/ Robert G.  Methvin, Jr.*
OF COUNSEL