IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROMIE HARRIS, Jr., et al.,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) CIV. ACT. NO. 2:06cv956-ID |
| v. | ) |
| | ) |
| **PACIFICARE LIFE & HEALTH INS. CO.,** | ) |
| **et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

Upon CONSIDERATION of Plaintiffs' motion to remand, filed November 17, 2006, it is ORDERED that Defendants show cause, if any there be, on or before December 1, 2006, why said motion should not be granted.

Done this 17th day of November, 2006.

                                              /s/ Ira DeMent
                                              SENIOR UNITED STATES DISTRICT JUDGE