UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ROMIE HARRIS, JR., AMY HARRIS, RUBY FRANCIS FOWLER, MARY LOIS GREEN, JAMES THOMAS, LULA THOMAS and JANIE BUFORD, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 2:06-CV-00956 |
| PACIFICARE LIFE AND HEALTH INSURANCE COMPANY, ROBERT D. BELL, ELIZABETH R. CLARK, WILLIE C. TILLIS, and Fictitious Defendants A through Z, those corporations, partnerships, LLC's, individuals or other entities who conduct contributed to the damages claimed herein whose names are not yet known to Plaintiffs but will be substituted by amendment when ascertained. | § § § § § § § § § § § § | |
| Defendants. | § | |

## MOTION FOR ADMISSION *PRO HAC VICE*

George B. Harris, a member in good standing of the Alabama State Bar and of the United States District Court for the Middle District of Alabama, and an attorney of record for Defendant PacifiCare Life and Health Insurance Company ("PacifiCare"), respectfully moves for admission *pro hac vice* attorneys John Kiley Edwards, Paula B. Denney, and Cedric Donnell Scott, of the firm of Jackson Walker, L.L.P., as additional counsel for the above-referenced Defendant. In support of this Motion, Certificates of Good Standing are attached for each attorney.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $60.00 ($20.00 per applicant) in payment of the fee prescribed by Rule 83.1(b) of the Rules of the United States District Court for the Middle District of Alabama.

**WHEREFORE**, the undersigned respectfully requests this Court grant this Motion to admit attorneys John Kiley Edwards, Paula B. Denney, and Cedric Donnell Scott, of the firm of Jackson Walker, L.L.P., *pro hac vice* as additional counsel for Defendant PacifiCare Life and Health Insurance Company.

Respectfully submitted this the 27th day of November, 2006.

    Respectfully submitted,

    s/ George B. Harris
    Philip H. Butler (BUT007)
    George B. Harris (HAR138)
    William C. McGowin (MCG040)
    Bradley Arant Rose & White LLP
    The Alabama Center for Commerce
    401 Adams Avenue, Suite 780
    Montgomery, AL 36104
    Telephone: (334) 956-7700
    Facsimile: (334) 956-7701
    E-mail: pbutler@bradleyarant.com
           gharries@bradleyarant.com
           wmcgowin@bradleyarant.com

    ATTORNEYS FOR DEFENDANT
    PACIFICARE LIFE AND HEALTH
    INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 27th day of November, 2006, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

 James Matthew Stephens
 Robert G. Methvin, Jr.
 Rodney Eugene Miller
 McCallum Methvin & Terrell
 2201 Arlington Avenue South
 The Highland Building
 Birmingham, Alabama 35205

 L. Cooper Rutland, Jr.
 Rutland & Braswell, L.L.C.
 208 N. Prairie Street
 P.O. Box 551
 Union Springs, Alabama 36089.

  I hereby certify that I have mailed the document by United States Postal Service to the following non-CM/ECF participants:

 Willie C. Tillis
 306 Mullins Street
 Opp, Alabama 36467

 Elizabeth Clark
 505 Wisteria Place
 Birmingham, Alabama 35216.

  I hereby certify that I have hand delivered the document to the following non-CM/ECF participant:

 Robert D. Bell.

                s/ George B. Harris _____
                Of Counsel

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA §
§
SOUTHERN DISTRICT OF TEXAS §

I, MICHAEL N. MILBY, Clerk of the United States District Court for the

SOUTHERN DISTRICT OF TEXAS

**DO HEREBY CERTIFY That John Kiley Edwards**    Federal Bar No. 21645

was duly admitted to practice in said Court o December 12, 1997   and is in good standing as a

member of the bar of said Court.

Dated   October 27, 2006   at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: _____
Patricia Ann Williams
Attorney Admissions Deputy Clerk

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA § § §
SOUTHERN DISTRICT OF TEXAS

I, MICHAEL N. MILBY, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS

**DO HEREBY CERTIFY That Paula B. Denney** Federal Bar No.10063 was duly admitted to practice in said Court on October 21, 1988 and is in good standing as a member of the bar of said Court.

Dated October 27, 2006 at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: *Patricia Ann Williams*
Patricia Ann Williams
Attorney Admissions Deputy Clerk

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA § 
SOUTHERN DISTRICT OF TEXAS § 
§

I, MICHAEL N. MILBY, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS

**DO HEREBY CERTIFY That Cedric Donnell Scott** Federal Bar No.29901 was duly admitted to practice in said Court o December 19, 2001 and is in good standing as a member of the bar of said Court.

Dated October 27, 2006 at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: _____
Patricia Ann Williams
Attorney Admissions Deputy Clerk