IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROMIE HARRIS, Jr., et al.,** | ) |
| | ) |
|    **Plaintiffs,** | ) |
| | ) CIV. ACT. NO. 2:06cv956-ID |
| v. | ) |
| | ) |
| **PACIFICARE LIFE & HEALTH INS. CO.,** | ) |
| **et al.,** | ) |
| | ) |
|    **Defendants.** | ) |

**ORDER**

Upon CONSIDERATION of the motion for admission *pro hac vice* (Doc. No. 10), it is ORDERED that said motion be and the same is hereby GRANTED and that John Kiley Edwards, Paula B. Denney, and Cedric Donnell Scott are hereby ADMITTED *pro hac vice* as counsel on behalf of Defendant PacifiCare Life and Health Insurance Company.

Done this 28th day November, 2006.

                                          /s/ Ira DeMent
                                          SENIOR UNITED STATES DISTRICT JUDGE