**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          TELEPHONE (334) 954-3600

December 1, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Romie Harris, Jr. Vs. Pacificare Life and Health Insurance**
**Case Number: 2:06cv956-ID**

**Pleading : #12 Response to Motion to Remand**
**            #13 Brief Memorandum in Opposition to Motion to Remand**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 12/1/2006 with the incorrect Certificate of Service page.**

**The corrected pdf document is attached to this notice.**