IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROMIE HARRIS, Jr., et al.,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) CIV. ACT. NO. 2:06cv956-ID |
| v. | ) |
| | ) |
| **PACIFICARE LIFE & HEALTH INS. CO.,** | ) |
| **et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

**ORDER**

Upon CONSIDERATION of Defendant Pacificare Life and Health Insurance Co.'s motion for leave to file sur-reply (Doc. No. 17), it is ORDERED that said motion be and the same is hereby GRANTED.

Done this 15th day of December, 2006.

                                        /s/ Ira DeMent
                                      SENIOR UNITED STATES DISTRICT JUDGE