IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROMIE HARRIS, Jr., et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CIV. ACT. NO. 2:06cv956-ID |
| v. | ) |
| | ) |
| **PACIFICARE LIFE & HEALTH INS. CO.,** et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of Plaintiffs' motion to substitute (Doc. No. 20), it is ORDERED that said motion be and the same is hereby GRANTED and that Gussie Welch, the administratrix of the estate of Amy Harris, is hereby SUBSTITUTED as Plaintiff for Amy Harris, now deceased.

Done this 14th day of June, 2007.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE