UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ROMIE HARRIS, JR., GUSSIE WELCH, AS ADMINISTRATRIX OF THE ESTATE OF AMY HARRIS, DECEASED, RUBY FRANCIS FOWLER, MARY LOIS GREEN, JAMES THOMAS, LULA THOMAS and JANIE BUFORD,<br><br>　　　Plaintiffs,<br><br>v.<br><br>PACIFICARE LIFE AND HEALTH INSURANCE COMPANY, ROBERT D. BELL, ELIZABETH R. CLARK, WILLIE C. TILLIS, and Fictitious Defendants A through Z, those corporations, partnerships, LLC's, individuals or other entities who conduct contributed to the damages claimed herein whose names are not yet known to Plaintiffs but will be substituted by amendment when ascertained.<br><br>　　　Defendants | § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:06-CV-00956 |

**DEFENDANT PACIFICARE LIFE & HEALTH INSURANCE COMPANY'S**
<u>**SUPPLEMENTAL CONFLICT DISCLOSURE STATEMENT**</u>

COMES NOW Defendant PacifiCare Life & Health Insurance Company, through counsel, and in accordance with the order of this Court, submit this Supplemental Conflict Disclosure Statement concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the General Order of the U.S. District Court, Middle District of Alabama, Civil Misc. No. 3047:

Defendant PacifiCare Life & Health Insurance Company is a corporation wholly owned by PacifiCare Health Plan Administrators, Inc., which is in turn wholly owned by PacifiCare Health Systems, LLC, which is in turn wholly owned by UnitedHealth Group Incorporated, a publicly traded entity. A complete list of affiliates for UnitedHealth Group Incorporated is attached hereto as Exhibit "A."

Dated this 19th day of June, 2007.

                Respectfully submitted,

                s/ William C. McGowin
                Philip H. Butler (BUT007)
                George B. Harris (HAR138)
                William C. McGowin (MCG040)

<u>OF COUNSEL</u>

Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701


Paula Denney
Texas State Bar No. 05746950
John K. Edwards
Texas State Bar No. 24002040
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Phone: 713-752-4200
Fax: 713-752-4221

                ATTORNEYS FOR DEFENDANT
                PACIFICARE LIFE AND HEALTH INSURANCE
                COMPANY

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 19<u>th</u> day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

L. Cooper Rutland, Jr.
Rutland & Braswell, L.L.C.
208 N. Prairie Street
P.O. Box 551
Union Springs, Alabama 36089

Robert G. Methvin, Jr., Esq.
Robert G. Miller, Esq.
James Matthew Stephens, Esq.
McCallum, Methvin & Terrell
201 Arlington Avenue South
Birmingham, AL 35205

and I hereby certify that I have mailed by U.S. Postal Service the document to the non CM/ECF participants:

Robert D. Bell
208 N. Cleveland Street
Albany, GA 31701

Elizabeth R. Clark
505 Wisteria Place
Birmingham, AL 35216

Willie C. Tillis
306 Mullins Street
Opp, Alabama 36467

                                                s/ William C. McGowin
                                                Of Counsel

# Exhibit A

**UnitedHealth Group Incorporated and its Affiliated Entities**
as of January 2007

- ACN Group IPA of New York, Inc.
- ACN Group of California, Inc.
- ACN Group, Inc.
- Advana, Inc.
- Alere Medical Incorporated
- All Savers Insurance Company
- American Medical Security Group, Inc.
- American Medical Security Life Insurance Company
- AmeriChoice Alliance, Inc.
- AmeriChoice Behavioral Healthcare, Inc.
- AmeriChoice Corporation
- AmeriChoice Health Services, Inc.
- AmeriChoice of New Jersey, Inc.
- AmeriChoice of New York, Inc.
- AmeriChoice of Pennsylvania, Inc.
- Aperture Credentialing, Inc.
- Arizona Physicians IPA, Inc.
- Arnett Health Plans, Inc.
- Arnett HMO, Inc.
- Arnett Practice Association, LLC
- Aspire Global Support Services Private Limited
- Behavioral Health Administrators
- ClinPharm International Limited (UK)
- Commonwealth Physicians Services Corporation
- Coordinated Vision Care, Inc.
- DBP-KAI, Inc.
- DCG Holdings, Inc.
- DCG Resource Options, LLC
- Definity Health Corporation
- Definity Health of New York, Inc.
- Dental Benefit Providers of California, Inc.
- Dental Benefit Providers of Illinois, Inc.
- Dental Benefit Providers of Maryland, Inc.
- Dental Benefit Providers, Inc.
- Dental Insurance Company of America
- Disability Consulting Group, LLC
- Distance Learning Network, Inc.
- Duncan Printing Services, LLC
- Electronic Network Systems, Inc.
- Envision Care Alliance Inc.
- Evercare Collaborative Solutions, Inc.
- Evercare Connections, Inc.
- Evercare Hospice Foundation
- Evercare Hospice of Collier County, Inc.
- Evercare Hospice of Manatee County, Inc.
- Evercare Hospice, Inc.
- Evercare of Arizona, Inc.
- EverCare of New York, IPA, Inc.
- Evercare of Texas, L.L.C.
- Exante Bank, Inc.
- Exante Financial Services, Inc.
- FHP Reinsurance Limited
- Fidelity Benefit Administrators Inc.
- Fidelity Insurance Group Inc.
- FirstCall, Inc.
- Frederick Associates, LLC
- GeoAccess, Inc.
- Golden Rule Financial Corporation
- Golden Rule Insurance Company
- Great Lakes Health Plan, Inc.
- H & W Indemnity, Ltd.
- Health Care Administrators, Inc.
- HealthAllies, Inc.
- Hillcrest LLC
- Hillcrest Plaza II LLC
- HomeCall Hospice Services Foundation, Inc.
- HomeCall Pharmaceutical Services, Inc.
- HomeCall, Inc.
- HSS, Inc.
- HWT, Inc.
- Hygeia Corporation
- Hygeia Corporation
- Hygeia Holdco
- i3 Poland Sp.z.o.o.
- i3 Research Limited
- IBA Health and Life Assurance Company
- IBA Self Funded Group, Inc.
- Illinois Pacific Dental, Inc.
- Information Network Corporation
- Ingenix Health Intelligence, Inc.
- Ingenix International (Czech Republic) s.r.o.
- Ingenix International (Finland) Oy
- Ingenix International (Hong Kong) Limited
- Ingenix International (Italy) S.r.l.
- Ingenix International (Netherlands) BV
- Ingenix International Magyarorszag Kft. (Hungary)
- Ingenix Pharmaceutical Services (Australia) Pty. Limited
- Ingenix Pharmaceutical Services (Deutschland) GmbH
- Ingenix Pharmaceutical Services (France) SARL
- Ingenix Pharmaceutical Services (RSA)(Proprietary) Limited
- Ingenix Pharmaceutical Services (Spain) S.L.
- Ingenix Pharmaceutical Services (Sweden) AB
- Ingenix Pharmaceutical Services (UK) Limited
- Ingenix Pharmaceutical Services d.o.o.
- Ingenix Pharmaceutical Services de Argentina S.R.L.
- Ingenix Pharmaceutical Services, Inc.
- Ingenix Public Sector Solutions, Inc.
- Ingenix Publishing, Inc.
- Ingenix, Inc.
- Innovus Research (U.K.) Limited
- Innovus Research (U.S.) Inc.
- Integrated Healthcare Information Services, Inc.

**UnitedHealth Group Incorporated and its Affiliated Entities**
as of January 2007

Investors Guaranty Life Insurance Company
Lemhi Corporation
LifeEra, Inc.
Lifemark Corporation
MAMSI Insurance Resources, LLC
MAMSI Life and Health Insurance Company
Managed Physical Network, Inc.
MD-Individual Practice Association, Inc.
MD-IPA Surgicenter, Inc.
Medical Network, Inc.
MediExpress (Malaysia) Sdn. Bhd.
Metis Insurance Brokers Private Limited
Mid Atlantic Medical Services, LLC
Midwest Security Administrators, Inc.
Midwest Security Care, Inc.
Midwest Security Holding, Inc.
Midwest Security Life Insurance Company
MLH Life Trust
National Benefit Resources, Inc.
National Pacific Dental, Inc.
Neighborhood Health Partnership, Inc.
Nevada Pacific Dental, Inc.
NPD Dental Services, Inc.
NPD Insurance Company, Inc.
NWH, Inc.
Omega Insurance Advisors Private Limited
On-Call Medical Services, P.C.
OneNet PPO, LLC
Optimum Choice, Inc.
Optimum Choice, Inc. of Pennsylvania
Optum Group, LLC
Ovations, Inc.
Oxford Aviation, Inc.
Oxford Benefit Management, Inc.

Oxford Health Insurance, Inc.
Oxford Health Plans (CT), Inc.
Oxford Health Plans (NJ), Inc.
Oxford Health Plans (NY), Inc.
Oxford Health Plans, Inc. Committee New York Committee for Quality Health Care
Oxford Health Plans, Inc. Connecticut Committee for Quality Health Care
Oxford Health Plans, LLC
Pacific Pharma Partners Pte Ltd.
Pacific Union Dental, Inc.
PacifiCare Behavioral Health NY IPA, Inc.
PacifiCare Behavioral Health of California, Inc.
PacifiCare Behavioral Health, Inc.
PacifiCare Dental
PacifiCare Dental of Colorado, Inc.
PacifiCare eHoldings, Inc.
PacifiCare Health Plan Administrators, Inc.
PacifiCare Health Systems Foundation
PacifiCare Health Systems, LLC
PacifiCare Insurance Company
PacifiCare International Limited
PacifiCare Life and Health Insurance Company
PacifiCare Life Assurance Company
PacifiCare of Arizona, Inc.
PacifiCare of California
PacifiCare of Colorado, Inc.
PacifiCare of Nevada, Inc.
PacifiCare of Oklahoma, Inc.
PacifiCare of Oregon, Inc.
PacifiCare of Texas, Inc.
PacifiCare of Washington, Inc.
PacifiCare Southwest Operations, Inc.
PacificDental Benefits, Inc.
Passport Coast-To-Coast LLC
PhilamCare Health Systems, Inc.

Physicians Health Plan of Maryland, Inc.
Physicians Medical Group, Inc.
Preferred Chiropractors of California
ProcessWorks, Inc.
PsychCME, Inc.
Revolution Health Systems, Inc.
Rooney Life Insurance Company
RxSolutions, Inc.
Salveo Holding, LLC
Salveo Insurance Company, Ltd.
SecureHorizons USA, Inc.
SeniorCo, Inc.
Sierra Chiropractic, Inc.
Southwest Michigan Health Network, Inc.
Special Risk International, Inc.
Specialized Care Services, Inc.
Specialty Resource Services, Inc.
Spectera of New York, IPA, Inc.
Spectera Vision Services of California, Inc.
Spectera Vision, Inc.
Spectera, Inc.
STATPROBE, Inc.
Symmetry Health Data Systems, Inc.
U.S. Behavioral Health Plan, California
UHC International Holdings, Inc.
UHC International Services, Inc.
UHCS 2000 Charitable Remainder Trust One
UHIC Holdings, Inc.
Unimerica Insurance Company
Unimerica Life Insurance Company of New York
Union Health Solutions, Inc.
Uniprise, Inc.
United Behavioral Health
United Behavioral Health of New York, I.P.A., Inc.
United Health Connect Sdn. Bhd.
United Health Foundation

**UnitedHealth Group Incorporated and its Affiliated Entities**
as of January 2007

United HealthCare Insurance Company

United HealthCare Insurance Company of Illinois

United HealthCare Insurance Company of New York

United HealthCare Insurance Company of Ohio

United Healthcare International Mauritius Limited

United HealthCare of Alabama, Inc.

United HealthCare of Arizona, Inc.

United HealthCare of Arkansas, Inc.

United HealthCare of Colorado, Inc.

United HealthCare of Florida, Inc.

United HealthCare of Georgia, Inc.

United HealthCare of Kentucky, Ltd.

United HealthCare of Louisiana, Inc.

United HealthCare of Mississippi, Inc.

United HealthCare of Ohio, Inc.

United HealthCare of Tennessee, Inc.

United HealthCare of Texas, Inc.

United HealthCare of the Midlands, Inc.

United HealthCare of the Midwest, Inc.

United HealthCare of Utah

United HealthCare Products, LLC

United HealthCare Service LLC

United HealthCare Services, Inc.

United Medical Resources, Inc.

United Resource Networks IPA of New York, Inc.

United Resource Networks, Inc.

UnitedHealth Advisors, LLC

UnitedHealth Capital, LLC

UnitedHealth Europe Limited

UnitedHealth Group Finance Company, Inc.

UnitedHealth Group Incorporated

UnitedHealth Group International, Inc.

UnitedHealth Networks, Inc.

UnitedHealth Primary Care Limited

UnitedHealth Primary Care Plus Limited

UnitedHealthcare Alliance LLC

UnitedHealthcare Asia Limited (the name amended to include Chinese translation)

UnitedHealthcare Children's Foundation, Inc.

UnitedHealthcare India Private Limited

UnitedHealthcare Insurance Company of the River Valley

UnitedHealthcare International Asia, LLC

UnitedHealthcare International Malaysia Sdn. Bhd.

UnitedHealthcare of Illinois, Inc.

UnitedHealthcare of New England, Inc.

UnitedHealthcare of New York, Inc.

UnitedHealthcare of North Carolina, Inc.

UnitedHealthcare of the Mid-Atlantic, Inc.

UnitedHealthcare of Wisconsin, Inc.

UnitedHealthcare Plan of the River Valley, Inc.

UnitedHealthcare Services Company of the River Valley, Inc.

UnitedHealthcare, Inc.

UnitedHealthOne Agency, Inc.

Validus II Executive Fund L.P.

Validus II L.P.

Validus L.P.

Validus Partners II L.L.C.

Validus Partners L.L.C.

WaterPoint Benefits Advisers LLC