UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROMIE HARRIS, JR., GUSSIE WELCH,** <br> **RUBY FRANCIS FOWLER, MARY LOIS** <br> **GREEN, JAMES THOMAS, LULA THOMAS** <br> **and JANIE BUFORD,** <br><br> Plaintiffs, <br><br> v. <br><br> **PACIFICARE LIFE AND HEALTH** <br> **INSURANCE COMPANY, ROBERT D. BELL,** <br> **ELIZABETH R. CLARK, WILLIE C. TILLIS,** <br> **and Fictitious Defendants A through Z,** <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * CIVIL ACTION NO.: 2:06-CV-956-ID <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

**CONFLICT DISCLOSURE STATEMENT**

    COME NOW the Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ■ This party is an individual, or

- ☐ This party is a governmental entity, or

- ☐ There is no entities to be reported, or

- ☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| No reportable entities | _____ |
| _____ | _____ |
| _____ | _____ |

| | |
|---|---|
| <u>June 22, 2007</u><br>Date | <u>/s/ J. Matthew Stephens</u><br>Counsel<br><u>Romie Harris, Jr., Gussie Welch, Ruby</u><br>Counsel for (print names of all parties)<br><br><u>Francis Fowler, Mary Lois Green, James</u><br><br><u>Thomas, Lula Thomas and Janie Buford</u><br><br><u>2201 Arlington Ave. S., Birmingham, AL 35205</u><br>Address, City, State, Zip Code<br><br><u>(205) 939-0199</u><br>Telephone Number |

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

I hereby certify that I have mailed the document by United States Postal Service to the following non-CM/ECF participants:

Willie C. Tillis
306 Mullins Street
Opp, AL 36467

Robert D. Bell
208 N. Cleveland Street
Albany, GA 31701

Elizabeth Clark
505 Wisteria Place
Birmingham, AL 35216

/s/ J. Matthew Stephens
**J. Matthew Stephens (STE153)**
**MCCALLUM, METHVIN & TERRELL, P.C.**
2201 Arlington Avenue South
Birmingham, AL 35205