## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ROMIE HARRIS, JR., GUSSIE WELCH, AS ADMINISTRATRIX OF THE ESTATE OF AMY HARRIS, DECEASED, RUBY FRANCIS FOWLER, MARY LOIS GREEN, JAMES THOMAS, LULA THOMAS and JANIE BUFORD,<br><br>    Plaintiffs,<br><br>v.<br><br>PACIFICARE LIFE AND HEALTH INSURANCE COMPANY, ROBERT D. BELL, ELIZABETH R. CLARK, WILLIE C. TILLIS, and Fictitious Defendants A through Z, those corporations, partnerships, LLC's, individuals or other entities who conduct contributed to the damages claimed herein whose names are not yet known to Plaintiffs but will be substituted by amendment when ascertained,<br><br>    Defendants. | §§§§§§§§§§§§§§§§§§§§§§§ | CIVIL ACTION NO. 2:06-CV-00956 |

### NOTICE OF WITHDRAWAL

Please take notice that Cedric D. Scott formerly of Jackson Walker L.L.P., 1401 McKinney Street, Suite 1900, Houston, Texas 77010 is no longer with Jackson Walker L.L.P. and therefore withdraws from representation of Defendant PacifiCare Life & Health Insurance Company.

Dated this 27th day of June, 2007.

1/1594681.1

        Respectfully submitted,

        *s/ William C. McGowin*
        Philip H. Butler (BUT007)
        George B. Harris (HAR138)
        William C. McGowin (MCG040)

<u>OF COUNSEL</u>

Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, Alabama 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701


Paula Denney
Texas State Bar No. 05746950
John K. Edwards
Texas State Bar No. 24002040
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile:  (713)752-4221

        ATTORNEYS FOR DEFENDANT
        PACIFICARE LIFE AND HEALTH INSURANCE
        COMPANY

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 27<u>th</u> day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

L. Cooper Rutland, Jr.
Rutland & Braswell, L.L.C.
208 N. Prairie Street
P.O. Box 551
Union Springs, Alabama 36089

Robert G. Methvin, Jr., Esq.
Robert G. Miller, Esq.
James Matthew Stephens, Esq.
McCallum, Methvin & Terrell
201 Arlington Avenue South
Birmingham, AL 35205

and I hereby certify that I have mailed by U.S. Postal Service the document to the non CM/ECF participants:

Robert D. Bell
208 N. Cleveland Street
Albany, GA 31701

Elizabeth R. Clark
505 Wisteria Place
Birmingham, AL 35216

Willie C. Tillis
306 Mullins Street
Opp, Alabama 36467

                _____
                Of Counsel

4802612v.1
1/1594681.1