IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROMIE HARRIS, Jr., et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CIV. ACT. NO. 2:06cv956-ID |
| v. | ) |
| | ) |
| **PACIFICARE LIFE & HEALTH INS. CO.,** | ) |
| **et al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of the notice of withdrawal, filed June 27, 2007 (Doc. No. 26), which the court construes as a motion to withdraw, and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED.

DONE this 28th day of June, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE